(Reap. Dec. 10226)

ROMANA FASHIONS, INC. *v.* UNITED STATES

Entry Nos. 493372; 490431.

(Decided April 17, 1962)

*Sharretts, Paley & Carter* for the plaintiff.

*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation entered into between counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto that the merchandise consists of wool or cotton wearing apparel exported from Italy.

IT IS FURTHER STIPULATED AND AGREED that the prices, at the time of exportation to the United States of the merchandise undergoing appraisement, at which such or similar merchandise was freely sold or, in the absence of sales, offered for sale in the principal markets of the country of exportation, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, including the cost of all containers and coverings of whatever nature and all other expenses incidental to placing the merchandise in condition, packed ready for shipment to the United States, were the invoice unit values packed.

IT IS FURTHER STIPULATED AND AGREED that the merchandise is not on the list of articles published in T.D. 54521 and are subject to appraisement under the Customs Simplification Act of 1956 (Public Law 927—84th Congress 2nd Session).

IT IS FURTHER STIPULATED AND AGREED that the above appeals for reappraisement are hereby submitted on this stipulation.

On the agreed facts, I find and hold export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, to be the proper basis for the determination of the value of the merchandise herein involved and that such value for the merchandise covered by these appeals was the invoice unit value, packed, in each case.

Judgment will be rendered accordingly.